EDWARD G. SCHLOSS CA Bar No. 102858
3637 Motor Avenue, Suite 220
Los Angeles, California 90034
Tel: (310) 733-4488 Fax: (310) 836-4888
B23592/lk

Attorney for Movant
CALIFORNIA HOUSING FINANCE AGENCY

UNITED STATES BANKRUPTCY COURT

EASTERN DISTRICT OF CALIFORNIA

In re )  Bk. No.: 11-16296-A-7
)
WILLIAM MICHAEL KIZER and )  Motion No.: EGS-1
CHERYL LYNN KIZER, )
)  Chapter 7
)
)  PROOF OF SERVICE BY MAIL
)
Debtors. )  Hearing -
)  Date : July 20, 2011
)  Time : 1:00 p.m.
)  Place: United States Bankruptcy Court
)         1300 18th Street, First Floor
)         Department A
)         Bakersfield, California
)
)  Honorable Whitney Rimel

I, REYNALDO DEL PILAR, certify that:

I am a resident of Los Angeles County; I am over the age of 18 and not a party to the within action; my business address is 3637 Motor Avenue, Suite 220, Los Angeles, California 90034.

On July 6, 2011, I served the within NOTICE OF MOTION, MOTION FOR RELIEF FROM AUTOMATIC STAY, STATEMENT OF INDEBTEDNESS, DECLARATION IN SUPPORT and RELIEF FROM STAY INFORMATION SHEET on all interested parties in this proceeding by placing a true and correct copy thereof enclosed in a sealed envelope with postage pre-paid in the United States Mail at Los Angeles,

1

California addressed as follows:

ATTORNEY FOR MOVANT
EDWARD G. SCHLOSS, ESQ.
3637 MOTOR AVENUE, SUITE 220
LOS ANGELES, CALIFORNIA 90034

JUNIOR LIENHOLDER:
CALIFORNIA HOUSING FINANCE AGENCY
1121 L STREET, SUITE 103
SACRAMENTO, CA 95814

U.S. TRUSTEE
OFFICE OF THE U.S. TRUSTEE
UNITED STATES COURTHOUSE
2500 TULARE STREET, ROOM 1401
FRESNO, CA 93721

JUNIOR LIENHOLDER:
WELLS FARGO FINANCIAL BANK
3201 N. 4TH AVENUE
SIOUX FALLS, SD 57104

TRUSTEE:
VINCENT GORSKI
P.O. BOX 10360
BAKERSFIELD, CA 93389-0360

I declare that I am employed in the office of a member of the bar at whose direction the service was made.

I certify under penalty of perjury that the foregoing is true and correct.

Executed on July 6, 2011, at Los Angeles, California.

_____
REYNALDO DEL PILAR

S:\MOT\FRES7GUI.kizer.MOT.wpd

2